IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ARTIE LEWIS SMELLS, SR.,<br><br>Defendant. | CR 15-117-BLG-SPW<br><br>ORDER |

For the reasons stated on the record, ARTIE LEWIS SMELLS, SR. is hereby released from the custody of the U.S. Marshals Service.

DATED this 22nd day of November, 2016.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge

1